UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 15-10128-GAO |
| | ) | |
| ZEPH H. PITT, | ) | |
| Defendant. | ) | |

### FINAL ORDER OF FORFEITURE

**O'TOOLE, D.J.**

WHEREAS, on May 28, 2015, a federal grand jury sitting in the District of

Massachusetts returned a one-count Indictment, charging defendant Zeph H. Pitt (the

"Defendant") with being a Felon in Possession of Firearms and Ammunition, in violation of 18

U.S.C. § 922(g)(1) (Count One);

WHEREAS, the Indictment also contained a forfeiture allegation, pursuant to 18 U.S.C.

§ 924(d) and 28 U.S.C. § 2461(c), which provided notice that the United States sought the

forfeiture, upon conviction of the Defendant of the offense alleged in Count One of the

Indictment, of any firearm or ammunition involved in or used in any knowing commission of the

offense, including but not limited to the following:

    (a)    one Mossberg 930, 12-gauge shotgun, bearing serial number AF138568;

    (b)    one ERA, 12-gauge shotgun, bearing serial number 107499;

    (c)    one Ruger 10/22, .22 caliber rifle, bearing serial number 128-31323;

    (d)    one Harrington and Richardson 700, .22 caliber rifle, bearing serial number AT508802; and

    (e)    approximately 2400 rounds of assorted caliber ammunition

(collectively, the "Guns and Ammunition");

WHEREAS, the Indictment further provided that, if any of the above-described forfeitable property, as a result of any act or omission by the Defendant, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States is entitled to seek forfeiture of any other property of the Defendant, up to the value of such assets, pursuant to 21 U.S.C. § 853(p), as incorporated in 28 U.S.C. § 2461(c);

WHEREAS, on May 17, 2016, the Defendant pleaded guilty to Count One of the Indictment;

WHEREAS, on January 11, 2017, this Court issued a Preliminary Order of Forfeiture against the Guns and Ammunition, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on January 13, 2017 and ending on February 11, 2017; and

WHEREAS, no claims of interest in the Guns and Ammunition have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED that:

1.      The United States' Motion for a Final Order of Forfeiture is allowed.

2.      The United States of America is now entitled to the forfeiture of all right, title or interest in the Guns and Ammunition, and they are hereby forfeited to the United States of

America pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3.      This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

4.      All other parties having any right, title or interest in the Guns and Ammunition are hereby held in default.

5.      The United States is hereby authorized to dispose of the Guns and Ammunition in accordance with applicable law.

GEORGE A. O'TOOLE, JR.
United States District Judge

Dated: 1/24/18